### ·15954.   KENNEDY v. THE STATE.

LUKE, J.   The evidence authorized the defendant's conviction of possessing
intoxicating liquors.  The two special assignments of error upon ex-
cerpts from the charge of the court, when the charge is read in its
entirety, are without merit.  The defendant has had a legal trial, and
the court properly overruled his motion for a new trial.

> Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.
>
> DECIDED DECEMBER 9, 1924.

Conviction of possessing liquor; from city court of ·Floyd county
—Judge Bale.   September 27, 1924.

Application for certiorari was denied by the Supreme Court.

*Porter & Mebane,* for plaintiff in error.

*James Maddox, solicitor,* contra.

---

### 15955.   MARTIN v. THE STATE.

BLOODWORTH, J.   Plaintiff in error was convicted of receiving a stolen
automobile in Fulton county, knowing that it was stolen.  The venue
of such a crime is in the county where the stolen article was received
with knowledge that it was stolen.   There is no evidence that the accused
received the stolen automobile in Fulton county, but direct and un-
contradicted evidence that he received it in Forsyth county.  The facts in
this case are so similar to those in *Gamblin* v. *State,* 33 *Ga. App.* 51 (125
S. E. 517), that the ruling in that case and in the cases cited therein are
controlling in this case.  See also *Gravitt* v. *State,* 33 *Ga. App.* 33 (125
S. E. 503).

> Judgment reversed.  Broyles, C. J., and Luke, J., concur.
>
> DECIDED DECEMBER 9, 1924.

Larceny of automobile; from Fulton superior court—Judge Per-
sons presiding.   August 18, 1924.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H.
Pharr,* contra.